Saledad (Charlie) GARCIA, Appellant,

v.

The STATE of Texas, Appellee.

No. 27886.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

732

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Upon his plea of guilty before the court, appellant was convicted for making two separate sales of beer in a dry area, with punishment assessed at a fine of $200 on each count, totaling $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.